■ RICHARD L. PARMETT, Doing Business as RICHLIN REALTY Co., Respondent, v B. H. HASKETT, Defendant, and WALNUT HILL REALTY CORPORATION, Appellant. — Judgment of the Supreme Court, Nassau County (Lockman, J.), dated July 24, 1980, affirmed. No opinion. Appeal by defendant Walnut Hill Realty Corp. from an order of the same court, dated August 4, 1980, which denied defendants' motion to vacate said judgment dismissed (see *Jensen v Union Ry. Co. of N. Y.,* 260 NY 1, 4-5; *Citizens Trust Co. of Utica v Prescott & Son, Inc.,* 221 App Div 426). Plaintiff is awarded one bill of costs. Cohalan, J. P., Margett, O'Connor and Thompson, JJ., concur.